1  MICHAEL J. IOANNOU (SBN 95208)
   mioannou@rmkb.com
2  LITA M. VERRIER (SBN 181183)
   lverrier@rmkb.com
3  LAEL D. ANDARA (SBN 215416)
   landara@rmkb.com
4  ROPERS, MAJESKI, KOHN & BENTLEY
   50 W. San Fernando St., #1400
5  San Jose, CA  95113
   Telephone:  (408) 287-6262
6  Facsimile:  (408) 918-4501

7  Attorneys for Plaintiff
   MAXIM INTEGRATED PRODUCTS, INC.
8
                           UNITED STATES DISTRICT COURT
9
                          NORTHERN DISTRICT OF CALIFORNIA
10
                               SAN FRANCISCO DIVISION
11

12 | MAXIM INTEGRATED PRODUCTS, INC., a Delaware Corporation, | CASE NO.  C10 00144 CRB (ADR)
13 |                                                          |
14 |           Plaintiff,                                     | **STIPULATION TO EXTEND THE HEARING DATE OF MAXIM INTEGRATED PRODUCTS, INC.'S MOTION FOR PRELIMINARY INJUNCTION;** [PROPOSED] **ORDER**
15 | v.                                                       |
16 | DIDAR ISLAM aka MOHAMMED DIDARUL ISLAM, an individual, POWER IC LTD., an Indian company, HIP TECHNOLOGIES, INC., a California corporation aka HIP SEMICONDUCTOR, |
17 |                                                          |
18 |                                                          |
19 |           Defendants.                                    |

20

21        IT IS HEREBY STIPULATED, by and between the parties hereto, that the hearing on

22 Maxim Integrated Products, Inc.'s Motion for Preliminary Injunction, presently scheduled for

23 April 2, 2010, at 10:00 a.m. in Courtroom 8 of the above-entitled court, be extended for a period

24 of at least thirty (30) days or the Court's closest available date.

25        IT IS ALSO STIPULATED that Defendants, and each of them, shall remove all

26 references to any Maxim trademarks Maxim, MAXQ, uMAX, including MAX alone or in

27 combination with any numbered products and any accompanying datasheets from their respective

28 websites, and that all advertising, manufacturing, distribution, importation, and sales of any

RC1/5531843.1/LMV

Stip. to Continue Hearing Date on Mot. For Prelim. Injunction; [Proposed] Order
Case No. C10 00144 CRB (ADR)

1  defendants' products using or marked in any way with Maxim trademarks Maxim, MAXQ,
2  uMAX, including the mark MAX alone or in combination with any numbered products and any
3  accompanying datasheets shall cease pending this Court's Order on the hearing for Preliminary
4  Injunction.
5     Good cause exists for the continuance of the hearing as the parties are involved in
6  settlement negotiations.

7  Dated:   March 24, 2010                    ROPERS, MAJESKI, KOHN & BENTLEY

9                                             By: s/Michael J. Ioannou
10                                                MICHAEL J. IOANNOU
                                                  LITA M. VERRIER
11                                                Attorneys for Plaintiff MAXIM
                                                  INTEGRATED PRODUCTS, INC.

13 Dated:   March ____, 2010                  POWER IC LTD.

15                                             By:_____
                                                  DIDAR ISLAM
16                                                President and CEO
                                                  For Defendant POWER IC. LTD

18 Dated:   March ____, 2010

20                                             By:_____
                                                  DIDAR ISLAM
21                                                Defendant

22 Dated:   March ____, 2010                  HIP TECHNOLOGIES, INC.

24                                             By:_____
25                                                AZZAM A. ABDO
                                                  President
26                                                For Defendant HIP TECHNOLOGIES,
                                                  INC.

27
28

1 **[PROPOSED] ORDER**

2 **PURSUANT TO STIPULATION, IT IS ORDERED** that the hearing on Maxim

3 Integrated Products, Inc.'s Motion for Preliminary Injunction is continued from April 2, 2010, to

4 _____ May 7, 2010 _____, at 10:00 a.m.

6 _____

JUDGE UNITED STATES DISTRICT COURT



IT IS SO ORDERED

Judge Charles R. Breyer

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Jose