1  MICHAEL J. IOANNOU (SBN 95208)
   mioannou@rmkb.com
2  LITA M. VERRIER (SBN 181183)
   lverrier@rmkb.com
3  LAEL D. ANDARA (SBN 215416)
   landara@rmkb.com
4  ROPERS, MAJESKI, KOHN & BENTLEY
   50 W. San Fernando St., #1400
5  San Jose, CA  95113
   Telephone:  (408) 287-6262
6  Facsimile:  (408) 918-4501

7  Attorneys for Plaintiff
   MAXIM INTEGRATED PRODUCTS, INC.

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN FRANCISCO DIVISION
11

12  MAXIM INTEGRATED PRODUCTS,              CASE NO.  C10 00144 CRB (ADR)
    INC., a Delaware Corporation,
13                                          **STIPULATION TO EXTEND THE CASE
                     Plaintiff,             MANAGEMENT DATES AND RULE 26
14                                          DEADLINES, INCLUDING INITIAL
    v.                                      DISCLOSURES, RULE 26(f) REPORT
15                                          AND JOINT CASE MANAGEMENT
    DIDAR ISLAM aka MOHAMMED                CONFERENCE STATEMENT;
16  DIDARUL ISLAM, an individual,           [PROPOSED] ORDER**
    POWER IC LTD., an Indian company, HIP
17  TECHNOLOGIES, INC., a California
    corporation aka HIP SEMICONDUCTOR,
18
                     Defendants.
19

20

21         IT IS HEREBY STIPULATED, by and between the parties hereto, that the upcoming case

22  management dates, including the Rule 26 requirements listed above, be extended for a period of

23  at least thirty (30) days or the Court's closest available date.

24         Good cause exists for the continuance of the hearing as all parties are actively involved in

25  finalization of a settlement agreement and Permanent Injunction by Agreement and Defendant

26  HIP Technologies, Inc. aka HIP Semiconductor is still an unrepresented and suspended

27  corporation and Defendant Power IC Ltd. also remains unrepresented, while Defendant Didar

28  Islam is representing himself, in pro per.

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Jose

1

2    Dated:   April 8, 2010                    ROPERS, MAJESKI, KOHN & BENTLEY

3                                              By: s/Michael J. Ioannou
                                                   _____
                                                   MICHAEL J. IOANNOU
4                                                  LITA M. VERRIER
                                                   Attorneys for Plaintiff MAXIM
5                                                  INTEGRATED PRODUCTS, INC.

6    Dated:  April ____, 2010                  POWER IC LTD.

7                                              By:_____
                                                   DIDAR ISLAM
8                                                  President and CEO
                                                   For Defendant POWER IC. LTD
9

10   Dated:  April ____, 2010

11                                             By:_____
                                                   DIDAR ISLAM
12                                                 Defendant

13

14   Dated: April ____, 2010                   HIP TECHNOLOGIES, INC.

15                                             By:_____
                                                   AZZAM A. ABDO
16                                                 President
                                                   For Defendant HIP TECHNOLOGIES,
17                                                 INC.

18

19                               ~~[PROPOSED]~~ ORDER

20          **PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that the dates for

21   completion of the Initial Disclosures, Rule 26(f) report and Joint Case Management Statement are

22   continued from April 9, 2010, to _____ May 21, 2010 _____, and that the Case

23   Management Conference, presently set for April 16, 2010, is continued to Friday,

24   _____ May 28 __, 2010, at 8:30 a.m.

25

26      Signed:  April 13, 2010

27                                             _____
                                               JUDGE, UNITED STATES DISTRICT COURT

28

IT IS SO ORDERED

Judge Charles R. Breyer

RC1/5546437.1/LMV

Stip. to Extend CMC Date, etc.; [Proposed] Order
Case No. C10-00144 CRB (ADR)

*Ropers Majeski Kohn & Bentley*
*A Professional Corporation*
*San Jose*